```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23505
   ANA M BUZGAU
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9065


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
   The case was filed on 12/14/2007 and was not confirmed.

   The case was dismissed without confirmation 01/09/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                          PAID            PAID
----------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC    20098.12            .00             .00
COOK COUNTY TREASURER    SECURED           5369.84            .00             .00
DRIVE FINANCIAL SERVICES NOTICE ONLY      NOT FILED           .00             .00
LONG BEACH MORTGAGE COMP CURRENT MORTG         .00            .00             .00
LONG BEACH MORTGAGE COMP MORTGAGE ARRE    15000.00            .00             .00
HEAVNER SCOTT BEYERS & M NOTICE ONLY      NOT FILED           .00             .00
WASHINGTON MUTUAL MORTGA NOTICE ONLY      NOT FILED           .00             .00
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00            .00             .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE     8500.00            .00             .00
CHASE BANK USA NA        UNSECURED       NOT FILED            .00             .00
TARGET NATIONAL BANK     UNSECURED          307.79            .00             .00
ARMOR SYSTEMS CO         UNSECURED       NOT FILED            .00             .00
ARMOR SYSTEMS CO         UNSECURED       NOT FILED            .00             .00
ARMOR SYSTEMS CO         UNSECURED       NOT FILED            .00             .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY       2,354.00                           .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                      -------------       -------------
TOTALS                     .00                   .00



             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 23505 ANA M BUZGAU
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                      _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```